JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDELL ALBERT HOPKINS,<br><br>           Petitioner,<br><br>    v.<br><br>HONORABLE DAVID S. COHN,<br><br>et al.,<br><br>           Respondents. | Case No. 5:20-cv-01267-DOC-KES<br><br>**JUDGMENT** |

      Pursuant to the Court's Order Dismissing Petition for Writ of Habeas Corpus, IT IS ADJUDGED that the Petition is dismissed without leave to amend.

DATED:  July 1, 2020                            

                                            DAVID O. CARTER<br>                                            UNITED STATES DISTRICT JUDGE